## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**HEATHER LOOBY,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO.: 6:19-CV-1272-ORL-37GJK**

**PHYSICIANS RESOURCE, LLC, a Florida
For Profit Limited Liability Company, and
ROCHELLE CANNON, Individually,**

    **Defendants.**　　　　　　　　　　/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_____     IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

__ **X** __     IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 21st day of August, 2019.

                                                **/s/ MATTHEW GUNTER**
                                                Matthew Gunter, Esq.
                                                FBN 0077459
                                                Morgan & Morgan, P.A.
                                                P.O. Box 530244
                                                Atlanta, GA 30353-0244
                                                Telephone: (407) 420-1414
                                                Facsimile: (407) 867-4791
                                                Email: MGunter@forthepeople.com
                                                Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-

class mail to the following non-CM/ECF participants: Rochelle Cannon, Individually and as Registered Agent for Physician Resource, LLC, 1042 N U.S. Highway 1, Suite 8, Ormond Beach, FL 32174, this 21st day of August, 2019

**/s/ MATTHEW GUNTER**
Matthew R. Gunter, Esq.