**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEATHER LOOBY,**

    **Plaintiff,**

vs.                                                          **CASE NO.:  6:19-CV-1272-ORL-37GJK**

**PHYSICIANS RESOURCE, LLC, a Florida**
**For Profit Limited Liability Company, and**
**ROCHELLE CANNON, Individually,**

    **Defendants.**                        /

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1.    Heather Looby- Plaintiff

    2.    Physicians Resource, LLC- Defendant

    3.    Rochelle Cannon- Defendant

    4.    Morgan & Morgan, P.A. – Counsel for Plaintiff

    5.    Matthew Gunter, Esq.- Counsel for Plaintiff

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    1.    None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1. None other than the persons identified in 1.) above.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

1. Heather Looby- Plaintiff.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 21st day of August 2019.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
P.O. Box 530244
Atlanta, GA 30353-0244
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email:  MGunter@forthepeople.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Rochelle Cannon, Individually and as Registered Agent for Physician Resource, LLC, 1042 N U.S. Highway 1, Suite 8, Ormond Beach, FL  32174, this 21st day of August, 2019

/s/ MATTHEW GUNTER
Matthew R. Gunter, Esq.