Exhibit "A"

BIWEEKLY TIME SHEET

EMPLOYEE NAME: Heath Day     Department: _____

PERIOD ENDING DATE ___/___/___

| DAY/DATE | TIME IN | LUNCH BREAK STARTS | LUNCH BREAK ENDS | TIME OUT | TOTAL REGULAR HOURS | TOTAL OVERTIME HOURS | INDICATE REASON FOR NO HOURS WORKED OR OVERTIME |
|---|---|---|---|---|---|---|---|
| MONDAY 10/23/17 | 7:15 | 12:38 | 12:54 | 5:00 | 9+ | | |
| TUESDAY 10/24/17 | 7:19 | 12:43 | 1:03 | 4:57 | 9+ | | |
| WEDNESDAY 10/25/17 | 7:23 | 12:53 | 1:29 | 4:58 | 9 | | |
| THURSDAY 10/26/17 | 7:11 | 12:45 | 1:10 | 4:45 | 9.15 | | |
| FRIDAY 10/27/17 | 7:18 | — | — | 1:00 | 5:45 | | |

WEEKLY TOTALS: 42+

PERIOD ENDING DATE ___/___/___

| DAY/DATE | TIME IN | LUNCH BREAK STARTS | LUNCH BREAK ENDS | TIME OUT | TOTAL REGULAR HOURS | TOTAL OVERTIME HOURS | INDICATE REASON FOR NO HOURS WORKED OR OVERTIME |
|---|---|---|---|---|---|---|---|
| MONDAY 10/30/17 | 7:11 | 12:48 | 1:18 | 4:50 | 9 | | |
| TUESDAY 10/31/17 | 7:21 | No lunch break | | 6:32 | 11 | | |
| Wednesday 11/1/17 | 7:16 | 1:15 | 1:34 | 4:50 | 9 | | |
| Thursday 11/2/17 | | OFF | | | | | |
| FRIDAY 11/3/17 | 7:23 | — | — | 1:00 | 5½ | | |

WEEKLY TOTALS:
WEEKLY TOTAL: 34½
GRAND TOTAL: 76

BY SIGNING THIS TIME SHEET, I CERTIFY THAT THE ABOVE IS AN ACCURATE REFLECTION OF ALL HOURS WORKED AND NOT WORKED DURING THE INDICATED TIME PERIOD.

EMPLOYEE SIGNATURE: _____     DATE ___/___/___

SUPERVISOR/MANAGER SIGNATURE: _____     DATE ___/___/___

Batch #520009112 Seq #2 Tracking # 1001346132

| Statement of Earnings For: | Heather C Looby | | | | | PHYSICIANS RESOURCE LLC (0170RD24) |
|---|---|---|---|---|---|---|
| Period Begin: 10/23/2017 | Company Id: | 0170RD24 | Employee Number: | 17 | | 160 E Granada |
| Period End: 11/5/2017 | Division | | Pay Group: | Bi-Weekly | | ORMOND BEACH, FL 32176 |
| Check Date: 11/9/2017 | Department | | SSN: | XXX-XX-1288 | | |
| Federal Filing: Married | | | Exemptions: | 1 | | Federal Additional: |
| State Filing: | | | Exemptions: | 0 | | State Additional: |
| Local Filing: | | | Exemptions: | 0 | | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V29010134 | $0.00 | $1,555.00 | $1,270.86 | |

| EARNINGS | | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 20.0000 | 77.75 | 1,555.00 | 1,174.52 | 22,475.80 | SOC SEC EE | 93.12 | 2,133.18 | Med Pre Tax | 53.09 | 1,114.89 |
| Overtime | | 0.00 | 0.00 | 50.46 | 1,438.43 | MED EE | 21.78 | 498.89 | | | |
| Other | | 0.00 | 0.00 | 16.00 | 320.00 | FEDERAL WH | 116.15 | 2,662.81 | | | |
| Holiday | | 0.00 | 0.00 | 24.00 | 456.00 | | | | | | |
| Bereavement | | 0.00 | 0.00 | 24.00 | 480.00 | | | | | | |
| Prior Bal | | 0.00 | 0.00 | 559.50 | 10,350.76 | | | | | | |
| Total: | | 77.75 | 1,555.00 | 1,848.48 | 35,520.99 | Total: | 231.05 | 5,294.88 | Total: | 53.09 | 1,114.89 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Checking | Account: ####2296 | Deposit Amount: | 1,270.86 |

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

PHYSICIANS RESOURCE LLC (0170RD24)
160 E Granada
ORMOND BEACH, FL 32176

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/9/2017 | V29010134 |

Your entire Net pay of $1,270.86 has been deposited in your bank account(s).

Heather C Looby

**TOTAL NET PAY**
******$1,270.86

**NOT NEGOTIABLE**