UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER LOOBY

      Plaintiff,                          Case No.: 6:19-CV-1272-ORL-37GJK

v.

PHYSICIANS RESOURCE, LLC, a Florida
For Profit Limited Liability Company, and
ROCHELLE CANNON, Individually,

      Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants, **PHYSICIANS RESOURSE, LLC,** and **ROCHELLE CANNON**, hereby disclose the following pursuant to this Court's Interested Persons Order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities that are related to *any* party in this case:

    **1. Heather Looby - Plaintiff**

    **2. Physicians Resource, LLC - Defendant**

    **3. Rochelle Cannon - Defendant**

    **4. Morgan & Morgan, P.A. - Counsel for Plaintiff**

    **5. Matthew Gunter, Esq. - Counsel for Plaintiff**

    **6. Jesse L. Unruh - Counsel for Defendants**

## 7.  Jet Dot Law, PLLC - Counsel for Defendants

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None known.**

3) The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4)  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Heather Looby alleges she is entitled to restitution. Defendants deny that Plaintiff is entitled to any restitution.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED this 2nd day of October, 2019.

>Respectfully submitted,
>By: */s/ Jesse Unruh*
>    Jesse Unruh, FL Bar # 93121
>    JET DOT LAW, PLLC
>    12249 Science Drive
>    Suite 155
>    Orlando, FL 32826
>    (407) 494-0135
>    www.jet.law
>
>    Attorney for Defendants PHYSICIANS
>    RESOURCE, LLC and ROCHELLE CANNON.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 2 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following: Matthew Gunter of Morgan & Morgan, 20 N Orange Ave, Suite 1600, Orlando, FL 32801 | MGunter@forthepeople.com.

            */s/ Jesse Unruh*
            Jesse Unruh