UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER LOOBY

      Plaintiff,

v.

Case No.: 6:19-CV-1272-ORL-37GJK

PHYSICIANS RESOURCE, LLC, a Florida
For Profit Limited Liability Company, and
ROCHELLE CANNON, Individually,

      Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

☐     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 2nd day of October, 2019.

Respectfully submitted,
By: */s/ Jesse Unruh*
    Jesse Unruh, FL Bar # 93121
    JET DOT LAW, PLLC
    12249 Science Drive
    Suite 155
    Orlando, FL 32826
    (407) 494-0135
    www.jet.law

Attorney for Defendants PHYSICIANS RESOURCE, LLC and ROCHELLE CANNON.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following: Matthew Gunter of Morgan & Morgan, 20 N Orange Ave, Suite 1600, Orlando, FL 32801 | MGunter@forthepeople.com.

*/s/ Jesse Unruh*
Jesse Unruh