**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEATHER LOOBY,**

    **Plaintiff,**

                          **CASE NO.: 6:19-CV-1272-ORL-37GJK**

**vs.**

**PHYSICIANS RESOURCE, LLC, a**
**Florida For Profit Limited Liability**
**Company, and ROCHELLE CANNON,**
**Individually,**

    **Defendants.**                   /

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, HEATHER LOOBY, by and through the undersigned counsel, and hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Dated this 12th day of November, 2019.

                                        Respectfully submitted,

                                        **/s/ MATTHEW GUNTER**
                                        Matthew Gunter, Esq.
                                        FBN 0077459
                                        Morgan & Morgan, P.A.
                                        P.O. Box 530244
                                        Atlanta, GA 30353-0244
                                        Telephone: (407) 420-1414
                                        Facsimile: (407) 867-4791
                                        Email: MGunter@forthepeople.com
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2019, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

/s/ **MATTHEW GUNTER**
Matthew Gunter, Esq.