# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HEATHER LOOBY,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:19-cv-1272-Orl-37GJK**

**PHYSICIANS RESOURCE LLC**
**and ROCHELLE CANNON,**

        **Defendants.**

_____

## ORDER

This matter is before the Court on the Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (the "Motion"), filed on November 26, 2019. Doc. No. 18. Attached to the Motion is the FLSA settlement agreement that the parties ask the Court to approve. Doc. No. 18-1. Plaintiff and Defendants signed the settlement agreement electronically. Doc. No. 18-1 at 9, 11.

The Middle District of Florida's Administrative Procedures for Electronic Filing govern electronic filings made through the Case Management/Electronic Case Files ("CM/ECF") system. United States District Court Middle District of Florida: Administrative Procedures for Electronic Filing, Pg. 1, available at: http://www.flmd.uscourts.gov/CMECF/default.htm. CM/ECF Administrative Rule IV.F.3 governs the use of electronic signatures from non-attorneys. *Id.* at 13. Rule IV.F.3 states:

> 3. **Signatures of non-attorneys.** The filing attorney is permitted to file a document that *requires the signature of a non-attorney or an individual who is not counsel of record* (e.g., verified pleadings,

> contracts, and affidavits) in electronic format in any of the following ways, provided the filing attorney maintains the signed original until all appeals have been exhausted or the time for seeking appellate review has expired:
>
> > a) An electronic version of a document bearing "/s/ (first and last name)" filed with a statement that the original has been signed.
> >
> > . . . .
> >
> > b) A document bearing "/s/ (first and last name)" may be filed with a scanned copy of the signature page as an attachment.
> >
> > c) If a document containing original signatures is not digitally available, it may be scanned and filed electronically.

(Emphasis added.) Thus, if a non-attorney signs a document electronically, the signature must comply with one of the three options stated above. The signatures on the settlement agreement do not comply with the rule. Accordingly, **on or before December 16, 2019, the parties are ordered to show cause in writing why the settlement agreement should not be stricken for failure to comply with CM/ECF Administrative Rule IV.F.3. Failure to timely respond to the Order to Show Cause may result in the striking of the settlement agreement without further warning.**

**DONE** and **ORDERED** at Orlando, Florida, on December 6, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Unrepresented Parties