UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER LOOBY,

    Plaintiff,

v.      Case No:   6:19-cv-1272-Orl-37GJK

PHYSICIANS RESOURCE LLC
and ROCHELLE CANNON,

    Defendants.

## **ORDER**[1]

The Court having considered Plaintiff[']s Response to Order to Show Cause (Doc. 20), and the Renewed Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. 21), the Order to Show Cause (Doc. 19) is **DISCHARGED**.

**DONE** and **ORDERED** in Orlando, Florida, on December 17, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

[1] Judge Smith is temporarily handling this case in the place of Judge Kelly.