UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER LOOBY,

    Plaintiff,

v.                                                                           Case No. 6:19-cv-1272-Orl-37GJK

PHYSICIANS RESOURCE LLC; and
ROCHELLE CANNON,

    Defendants.
_____

## **ORDER**

Plaintiff sued her former employers for failure to pay overtime and other damages under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 26 ("**Motion**"); Doc. 26-1 ("**Agreement**").) On referral, United States Magistrate Judge Thomas B. Smith recommends the Court sever and strike two objectionable portions of the Agreement and otherwise grant the Motion, finding the Agreement fair and reasonable. (Doc. 27 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. The Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

-1-

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 27) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Renewed Joint Motion for Approval of Settlement (Doc. 26) is **GRANTED IN PART.**

    a. The following language is **STRICKEN** from Paragraph 10 of the parties' Settlement Agreement and Release of Wage Claims (Doc. 26-1, ¶ 10): "*and covenants that it shall not seek in any manner to resolve any dispute other than as set forth in this paragraph or to challenge or set aside any decision, award or judgment obtained in accordance with the provisions hereof.*"

    b. The following language is **STRICKEN** from Paragraph 16 of the parties' Settlement Agreement and Release of Wage Claims (Doc. 26-1, ¶ 16): "*Plaintiff hereby agrees and acknowledges that she is not entitled to receive any additional consideration or benefits from Defendants, other that expressly provided herein.*"

3. As modified above, the parties' Settlement Agreement and Release of Wage Claims (Doc. 26-1) is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 27, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record